AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 13, 2026

SEAN F. MCAVOY, CLERK

SPENCER N.,
*Plaintiff*
v.

FRANK BISIGNANO,
COMMISSIONER OF SOCIAL SECURITY,
*Defendant*

Civil Action No. 4:26-CV-05058-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* __________ recover from the defendant *(name)* __________ the amount of __________ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* __________ recover costs from the plaintiff *(name)* __________ .

✔ other: Plaintiff's Brief (ECF No. 11) is GRANTED.
Defendant's Brief (ECF No. 13) is DENIED.
Case REVERSED and REMANDED to the Commissioner of Social Security for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).
JUDGMENT is entered in favor of Plaintiff.

This action was *(check one)*:

❒ tried by a jury with Judge __________ presiding, and the jury has rendered a verdict.

❒ tried by Judge __________ without a jury and the above decision was reached.

✔ decided by Judge MARY K. DIMKE

Date: 11/13/2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*